**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joel J. Bednar<br>Sally M. Bednar<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-21750 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,

    **/s/James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    jwarmbrodt@kmllawgroup.com