**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 19−21750−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joel J Bednar | Sally M Bednar |
| 104 Srader Grove Road | 104 Srader Grove Road |
| Freeport, PA 16229 | Freeport, PA 16229 |

Social Security No.:
  xxx−xx−2378    xxx−xx−8883

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Jeffrey J. Sikirica | Ronda J. Winnecour |
| 121 Northbrook Drive | Suite 3250, USX Tower |
| Pine Township | 600 Grant Street |
| Gibsonia, PA 15044 | Pittsburgh, PA 15219 |
| Telephone number: 724−625−2566 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| July 29, 2019 | July 29, 2019 |
| 10:00 AM | 10:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/20/19

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21750-CMB
Joel J Bednar                                                             Chapter 13
Sally M Bednar
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: agro              Page 1 of 2         Date Rcvd: Jun 20, 2019
                            Form ID: rsc13          Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
```
db/jdb         +Joel J Bednar,    Sally M Bednar,    104 Srader Grove Road,    Freeport, PA 16229-1917
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
15057215        Advanced Call Center Technologies, LLC,    PO Box 9091,    Gray, TN 37615-9091
15042907        Alle Kiski Mecical Center,    PO Box 644896,    Pittsburgh, PA 15264-4896
15042908       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15042909       +Allegheny Health Network Home Medical Equipment,    404 Ford Street,    Ford City, PA 16226-1230
15057216       #+Allied Interstate,    P.O. Box 361445,    Columbus, OH 43236-1445
15042910        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
15042911       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
15042912        American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
15060055        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
15057218        Asset Recovery Solutions, LLC,    2200 E. Devon Ave.,    Suite 200,    Des Plaines, IL 60018-4501
15057219       +BHS Faster Care PLLC,    PO Box 1549,    Suite 550,    Butler, PA 16003-1549
15042915        Barclays,    P.O. Box 13337,    Philadelphia, PA 19101-3337
15042916        Best Buy Credit Services,    P.O. Box 9001007,    Louisville, KY 40290-1007
15057220       +Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
15042920        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15042919        Chase,    P.O. Box 1423,    Carlotte, NC 28201-1423
15042921        Citi Cards,    PO Box 70166,    Philadelphia, PA 19176-0166
15042925        First Bankcard,    P.O. Box 2557,    Omaha, NE 68103-2557
15057223        GC Services Limited Partnership,    Dept. Hovs 052,    PO Box 3044,    Livonia, MI 48151-3044
15057224       +Gregg L. Morris, Esq.,    Patenaude & Felix, A.P.C.,    4545 Murphy Canyon Rd., 3rd Flr.,
                 San Diego, CA 92123-4363
15063445       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15063585       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15042928        LL Bean Mastercard,    PO Box 9001068,    Louisville, KY 40290-1068
15042927        LL Bean Mastercard,    PO Box 6742,    Sioux Falls, SD 57117-6742
15042929        Macy's,    P.O. Box 8058,    Mason, OH 45040-8058
15042930        Mariott Rewards,    P.O. Box 15298,    Wilmington, DE 19850-5298
15042931        Marriott Rewards,    P.O. Box 1423,    Charlotte, NC 28201-1423
15042932       +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
15057227        Northstar Location Services, LLC,    Attn: Financial Services Dept.,    4285 Genesse St.,
                 Cheektowaga, NY 14225-1943
15042934        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
15042933        PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
15072321       +Peoples Gas Company LLC,    f/k/a Peoples TWP,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15057228        Premier Medical Associates PC,    PO Box 644984,    Pittsburgh, PA 15264-4984
15042935        Sears Credit Cards,    P.O. Box 9001055,    Louisville, KY 40290-1055
15042936       +Sears Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
15057230       +State Collection Services, Inc.,    2509 S. Stoughton Road,    Madison, WI 53716-3314
15042937        State Collections Services, Inc.,    PO Box 6250,    Madison, WI 53716-0250
15042945        Synchrony Finnacial,    P.O. Box 965033,    Orlando, FL 32896-5033
15042947        Target Card Services,    P.O. Box 660170,    Dalls, TX 75266-0170
15042948        Wells Fargo Bank, NA - Dilliard's,    P.O. Box 10347,    Des Moines, IA 50306-0347
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2019 02:30:05      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2019 02:42:33
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15042905        E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:47      AEO/Synchrony Bank,
                 P.O. Box 960013,    Orlando, FL 32896-0013
15042906        E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:31      AEO/Synchrony Bank,
                 P.O. Box 965003,    Orlando, FL 32896-5003
15042914        E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:29      BP Visa Credit Card,
                 P.O. Box 965022,    Orlando, FL 32896-5022
15042913        E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:46      BP Visa Credit Card,
                 P.O. Box 965023,    Orlando, FL 32896-5022
15042917        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 21 2019 02:42:31       Capital One,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
15042922        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 21 2019 02:29:57
                 Comenity - Victoria's Secrret,    PO Box 659728,    San Antonio, TX 78265-9728
15042923        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 21 2019 02:29:57
                 Comenity Capital Bank - HSN,    Bankruptcy Department,    PO Box 183043,
                 Columbus, OH 43218-3043
```

```
District/off: 0315-2                  User: agro                    Page 2 of 2                   Date Rcvd: Jun 20, 2019
                                      Form ID: rsc13                Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15042924       E-mail/PDF: creditonebknotifications@resurgent.com Jun 21 2019 02:42:18     CreditOne Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
15057221      +E-mail/Text: egssupportservices@alorica.com Jun 21 2019 02:30:22      EGS Financial Care, Inc.,
                 PO Box 1020,    Dept. 806,   Horsham, PA 19044-8020
15057222      +E-mail/Text: bankruptcynotice@fcbanking.com Jun 21 2019 02:29:48      First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
15042926       E-mail/Text: bncnotices@becket-lee.com Jun 21 2019 02:29:49     Kohl's,   P.O. Box 3043,
                 Milwaukee, WI 53201-3043
15062093       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2019 02:42:19     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15057229      +E-mail/Text: ebn_bkrt_forms@salliemae.com Jun 21 2019 02:30:32     Sallie Mae,   PO Box 8459,
                 Philadelphia, PA 19101-8459
15042938       E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:46     Synchrony Bamk/Walmart,
                 P.O. Box 530993,    Atlanta, GA 30353-0993
15044827      +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:30     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
15042939       E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:46     Synchrony Bank,   P.O. Box 965016,
                 Orlando, FL 32896-5016
15042940       E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:47     Synchrony Bank/JCP,
                 P.O. Box 960090,    Orlando, FL 32896-0090
15042941       E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:13     Synchrony Bank/Pandora,
                 PO Box 530960,    Atlanta, GA 30353-0960
15042942       E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:47     Synchrony Bank/SR,
                 PO Box 960012,    Orlando, FL 32896-0012
15042943       E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:29     Synchrony Bank/Sams Club,
                 P.O. Box 530993,    Atlanta, GA 30353-0993
15042944       E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:47     Synchrony Financial,
                 P.O. Box 965035,    Orlando, FL 32896-5035
15042946       E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2019 02:42:47     Synchrony bank/QVC,
                 P.O. Box 960097,    Orlando, FL 32896-0097
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL    ASSOCIATION
15057217*      +American Express,    P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
15042918*      +Capital One,   P.O. Box 71083,    Charlotte, NC 28272-1083
15057225*       Kohl's,   P.O. Box 3043,   Milwaukee, WI 53201-3043
15057226*       LL Bean Mastercard,    PO Box 9001068,   Louisville, KY 40290-1068
                                                                                             TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Debtor Joel J Bednar trusteesikirica@zoominternet.net,
               PA59@ecfcbis.com
              Jeffrey J. Sikirica    on behalf of Joint Debtor Sally M Bednar trusteesikirica@zoominternet.net,
               PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 6
```