MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Bednar_____ JAD/TPA/**CMB**/GLT

Case Number: __19-21750__

Date of Meeting: __7/29/19__     Recording # __3__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Sikirica_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __5-23-19__    Applicable commitment period ___ 3 yrs __✓__ 5 yrs

disability: filed for SSI disability. if granted this will be deducted from

PNC: 3 claims. counsel to contact w/ questions prior to concil.

( (part/all may be unsecured)

hold off on governing.

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

__✓__ Confirmation Order recommended ___ Final __✓__ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    ___ 341 Meeting  OR  __✓__ Conciliation Conf. OR ___ *Contested Hearing
    On __11-7-19_____ at __1:30__ am/pm Location _____

                                        _Keith J Sirica_____
                                        Chapter 13 Trustee/Attorney for Trustee

FILED 2019 JUL 30 P 2:17 U.S. BANKRUPTCY COURT