Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joel J Bednar**
**Sally M Bednar**
   Debtor(s)

Bankruptcy Case No.: 19–21750–CMB
Issued Per July 29, 2019 Proceeding
Chapter: 13
Docket No.: 34 – 16
Concil. Conf.: November 7, 2019 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 23, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Nov. 7, 2019 at 01:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐   H.    Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 2, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 19-21750-CMB
Joel J Bednar                                                            Chapter 13
Sally M Bednar
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3          Date Rcvd: Aug 02, 2019
                              Form ID: 149            Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
```
db/jdb         +Joel J Bednar,    Sally M Bednar,    104 Srader Grove Road,    Freeport, PA 16229-1917
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
15057215        Advanced Call Center Technologies, LLC,    PO Box 9091,    Gray, TN 37615-9091
15042907        Alle Kiski Mecical Center,    PO Box 644896,    Pittsburgh, PA 15264-4896
15042908       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15042909       +Allegheny Health Network Home Medical Equipment,    404 Ford Street,    Ford City, PA 16226-1230
15057216       #+Allied Interstate,    P.O. Box 361445,    Columbus, OH 43236-1445
15042910        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
15042911       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
15042912        American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
15060055        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
15057218        Asset Recovery Solutions, LLC,    2200 E. Devon Ave.,    Suite 200,    Des Plaines, IL 60018-4501
15057219       +BHS Faster Care PLLC,    PO Box 1549,    Suite 550,    Butler, PA 16003-1549
15042915        Barclays,    P.O. Box 13337,    Philadelphia, PA 19101-3337
15042916        Best Buy Credit Services,    P.O. Box 9001007,    Louisville, KY 40290-1007
15057220       +Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
15074166        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15042920        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15042919        Chase,    P.O. Box 1423,    Carlotte, NC 28201-1423
15042921        Citi Cards,    PO Box 70166,    Philadelphia, PA 19176-0166
15083913        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
15042925        First Bankcard,    P.O. Box 2557,    Omaha, NE 68103-2557
15057223        GC Services Limited Partnership,    Dept. Hovs 052,    PO Box 3044,    Livonia, MI 48151-3044
15057224       +Gregg L. Morris, Esq.,    Patenaude & Felix, A.P.C.,    4545 Murphy Canyon Rd., 3rd Flr.,
                 San Diego, CA 92123-4363
15063445       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15063585       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15042928        LL Bean Mastercard,    PO Box 9001068,    Louisville, KY 40290-1068
15042927        LL Bean Mastercard,    PO Box 6742,    Sioux Falls, SD 57117-6742
15042929        Macy's,    P.O. Box 8058,    Mason, OH 45040-8058
15042930        Mariott Rewards,    P.O. Box 15298,    Wilmington, DE 19850-5298
15042931        Marriott Rewards,    P.O. Box 1423,    Charlotte, NC 28201-1423
15082707       +Midland Credit Management, Inc.,    Po Box 2037,    Warren MI 48090-2037
15042932       +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
15057227        Northstar Location Services, LLC,    Attn: Financial Services Dept.,    4285 Genesse St.,
                 Cheektowaga, NY 14225-1943
15042934        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
15042933        PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
15084235       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15082290       +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
15072321       +Peoples Gas Company LLC,    f/k/a Peoples TWP,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15057228        Premier Medical Associates PC,    PO Box 644984,    Pittsburgh, PA 15264-4984
15042935        Sears Credit Cards,    P.O. Box 9001055,    Louisville, KY 40290-1055
15042936       +Sears Credit Cards,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
15057230       +State Collection Services, Inc.,    2509 S. Stoughton Road,    Madison, WI 53716-3314
15042937        State Collections Services, Inc.,    PO Box 6250,    Madison, WI 53716-0250
15042945        Synchrony Finnacial,    P.O. Box 965033,    Orlando, FL 32896-5033
15042947        Target Card Services,    P.O. Box 660170,    Dalls, TX 75266-0170
15075435        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
15042948        Wells Fargo Bank, NA - Dilliard's,    P.O. Box 10347,    Des Moines, IA 50306-0347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2019 02:37:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15042905        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:31     AEO/Synchrony Bank,
                 P.O. Box 960013,    Orlando, FL 32896-0013
15042906        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:32     AEO/Synchrony Bank,
                 P.O. Box 965003,    Orlando, FL 32896-5003
15042914        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:32     BP Visa Credit Card,
                 P.O. Box 965022,    Orlando, FL 32896-5022
15042913        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:31     BP Visa Credit Card,
                 P.O. Box 965023,    Orlando, FL 32896-5022
15083317       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2019 02:38:43
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
```

```
District/off: 0315-2          User: jhel              Page 2 of 3             Date Rcvd: Aug 02, 2019
                              Form ID: 149            Total Noticed: 78
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15042917        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 03 2019 02:38:39      Capital One,
                  P.O. Box 71083,    Charlotte, NC 28272-1083
15042922        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 03 2019 02:31:33
                  Comenity - Victoria's Secrret,    PO Box 659728,    San Antonio, TX 78265-9728
15042923        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 03 2019 02:31:33
                  Comenity Capital Bank - HSN,    Bankruptcy Department,    PO Box 183043,
                  Columbus, OH 43218-3043
15042924        E-mail/PDF: creditonebknotifications@resurgent.com Aug 03 2019 02:37:49      CreditOne Bank,
                  P.O. Box 98873,    Las Vegas, NV 89193-8873
15057221       +E-mail/Text: egssupportservices@alorica.com Aug 03 2019 02:32:09      EGS Financial Care, Inc.,
                  PO Box 1020,    Dept. 806,    Horsham, PA 19044-8020
15057222       +E-mail/Text: bankruptcynotice@fcbanking.com Aug 03 2019 02:31:20      First Commonwealth Bank,
                  601 Philadelphia Street,    Indiana, PA 15701-3952
15042926        E-mail/Text: bncnotices@becket-lee.com Aug 03 2019 02:31:23      Kohl's,   P.O. Box 3043,
                  Milwaukee, WI 53201-3043
15062093        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2019 02:37:54      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15083179        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2019 02:37:48
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15079598        E-mail/Text: bnc-quantum@quantum3group.com Aug 03 2019 02:31:42
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
15079596        E-mail/Text: bnc-quantum@quantum3group.com Aug 03 2019 02:31:42
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
15057229       +E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 03 2019 02:32:27      Sallie Mae,    PO Box 8459,
                  Philadelphia, PA 19101-8459
15082285        E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 03 2019 02:32:26      Sallie Mae,    P.O. Box 3319,
                  Wilmington, DE 19804-4319
15042938        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:37:40      Synchrony Bamk/Walmart,
                  P.O. Box 530993,    Atlanta, GA 30353-0993
15044827       +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:32      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15042939        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:37:37      Synchrony Bank,    P.O. Box 965016,
                  Orlando, FL 32896-5016
15083777       +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:31      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15042940        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:37:37      Synchrony Bank/JCP,
                  P.O. Box 960090,    Orlando, FL 32896-0090
15042941        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:32      Synchrony Bank/Pandora,
                  PO Box 530960,    Atlanta, GA 30353-0960
15042942        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:32      Synchrony Bank/SR,
                  PO Box 960012,    Orlando, FL 32896-0012
15042943        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:37:38      Synchrony Bank/Sams Club,
                  P.O. Box 530993,    Atlanta, GA 30353-0993
15042944        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:38:34      Synchrony Financial,
                  P.O. Box 965035,    Orlando, FL 32896-5035
15042946        E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:37:37      Synchrony bank/QVC,
                  P.O. Box 960097,    Orlando, FL 32896-0097
15084162       +E-mail/Text: bncmail@w-legal.com Aug 03 2019 02:32:08      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 30

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
15057217*      +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
15042918*      +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
15057225*       Kohl's,    P.O. Box 3043,    Milwaukee, WI 53201-3043
15057226*       LL Bean Mastercard,    PO Box 9001068,    Louisville, KY 40290-1068
                                                                                 TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2              User: jhel              Page 3 of 3              Date Rcvd: Aug 02, 2019
                                  Form ID: 149            Total Noticed: 78
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    on behalf of Debtor Joel J Bednar trusteesikirica@zoominternet.net,
               PA59@ecfcbis.com
              Jeffrey J. Sikirica    on behalf of Joint Debtor Sally M Bednar trusteesikirica@zoominternet.net,
               PA59@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```