FILED
11/12/19 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JOEL J & SALLY M BEDNAR
**Case Number:** 19-21750-CMB          **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 07, 2019 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#16 - Final Confirmation of Plan Dated 5/23/2019 (NFC)
**R / M #:** 16 / 0

### Appearances:

**Debtor:** Sirkivica (signature)
**Trustee:** Winnecour / Pail / Katz / DeSimone
**Creditor:**

*[handwritten: Con't for plan review & amended plan]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __11/21/19__
   Objections are due on or before __12/20/19__
   A hearing on the Amended Plan is set for __1/30/20 @ 1:00 pm__
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/30/2019  11:21:26 AM