**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** ) | **Bankruptcy No. 19-21750-CMB** |
| **JOEL J. BEDNAR** ) | |
| **SALLY M. BEDNAR** ) | **Chapter 13** |
| ) | |
| **Debtor(s)** ) | Doc. No. _____ |
| ) | |
| **JOEL J. BEDNAR** ) | **Related to Doc. No. _____** |
| **SALLY M. BEDANR** ) | |
| ) | |
| **Movant(s)** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **No Respondent(s)** ) | |

**CERTIFICATE OF SERVICE OF**
**AMENDED CHAPTER 13 BANKRUPTCY PLAN AND ORDER INCLUDING SETTING**
**OBJECTION DATE AND CONCILIATION DATE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 17, 2019.

    The type(s) of service made on the parties was First Class Mail unless indicated as electronic service by NEF on the attached list.

    Respectfully submitted,

Dated: 11/17/2019

**/s/ Jeffrey J. Sikirica**
Jeffrey J. Sikirica, Esquire
PA. I.D. No. 36745
121 Northbrook Drive
Gibsonia, PA 15044
Tel. (724) 625-2566
Fax 724-625-4611
SikiricaLaw@zoominternet.net

**COUNSEL FOR DEBTORS**

Label Matrix for local noticing
0315-2
Case 19-21750-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Nov 13 16:59:35 EST 2019

AEO/Synchrony Bank
P.O. Box 960013
Orlando, FL 32896-0013

AEO/Synchrony Bank
P.O. Box 965003
Orlando, FL 32896-5003

Advanced Call Center Technologies, LLC
PO Box 9091
Gray, TN 37615-9091

Alle Kiski Mecical Center
PO Box 644896
Pittsburgh, PA 15264-4896

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264-5250

Allegheny Health Network Home Medical Equipm
404 Ford Street
Ford City, PA 16226-1230

Allied Interstate
P.O. Box 361445
Columbus, OH 43236-1445

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Asset Recovery Solutions, LLC
2200 E. Devon Ave.
Suite 200
Des Plaines, IL 60018-4501

BHS Faster Care PLLC
PO Box 1549
Suite 550
Butler, PA 16003-1549

BP Visa Credit Card
P.O. Box 965022
Orlando, FL 32896-5022

BP Visa Credit Card
P.O. Box 965023
Orlando, FL 32896-5022

Barclays
P.O. Box 13337
Philadelphia, PA 19101-3337

Joel J Bednar
104 Srader Grove Road
Freeport, PA 16229-1917
 NEF: bednars1@comcast.net

Sally M Bednar
104 Srader Grove Road
Freeport, PA 16229-1917
 NEF: bednars1@comcast.net

Best Buy Credit Services
P.O. Box 9001007
Louisville, KY 40290-1007

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Butler Memorial Hospital
One Hospital Way
Butler, PA 16001-4697

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase
P.O. Box 1423
Carlotte, NC 28201-1423

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Cards
PO Box 70166
Philadelphia, PA 19176-0166

Comenity - Victoria's Secrret
PO Box 659728
San Antonio, TX 78265-9728

Comenity Capital Bank - HSN
Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

CreditOne Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

```
Department Stores National Bank        EGS Financial Care, Inc.              First Bankcard
c/o Quantum3 Group LLC                  PO Box 1020                           P.O. Box 2557
PO Box 657                              Dept. 806                             Omaha, NE 68103-2557
Kirkland, WA  98083-0657                Horsham, PA 19044-8020


First Commonwealth Bank                 GC Services Limited Partnership       Gregg L. Morris, Esq.
601 Philadelphia Street                 Dept. Hovs 052                        Patenaude & Felix, A.P.C.
Indiana, PA 15701-3952                  PO Box 3044                           4545 Murphy Canyon Rd., 3rd Flr.
                                        Livonia, MI 48151-3044                San Diego, CA 92123-4363


JPMorgan Chase Bank, N.A.               JPMorgan Chase Bank, N.A.             Kohl's
s/b/m/t Chase Bank USA, N.A.            s/b/m/t Chase Bank USA, N.A.          P.O. Box 3043
JPMC                                    c/o Robertson, Anschutz & Schneid, P.L.  Milwaukee, WI 53201-3043
c/o National Bankruptcy Services, LLC   6409 Congress Avenue, Suite 100
P.O. Box 9013                           Boca Raton, FL 33487-2853
Addison, Texas 75001-9013


LL Bean Mastercard                      LL Bean Mastercard                    LVNV Funding, LLC
PO Box 6742                             PO Box 9001068                        Resurgent Capital Services
Sioux Falls, SD 57117-6742              Louisville, KY 40290-1068             PO Box 10587
                                                                              Greenville, SC 29603-0587


Macy's                                  Mariott Rewards                       Marriott Rewards
P.O. Box 8058                           P.O. Box 15298                        P.O. Box 1423
Mason, OH 45040-8058                    Wilmington, DE 19850-5298             Charlotte, NC 28201-1423


Midland Credit Management, Inc.         NCB Management Services, Inc.         Northstar Location Services, LLC
Po Box 2037                             PO Box 1099                           Attn: Financial Services Dept.
Warren MI 48090-2037                    Langhorne, PA 19047-6099              4285 Genesse St.
                                                                              Cheektowaga, NY 14225-1943


Office of the United States Trustee     PNC Bank                              PNC Bank
Liberty Center.                         PO Box 1820                           PO Box 856177
1001 Liberty Avenue, Suite 970          Dayton, OH 45401-1820                 Louisville, KY 40285-6177
Pittsburgh, PA 15222-3721
NEF: ustpregion03.pi.ecf@usdoj.gov


PNC Bank, N.A.                          PNC Bank, National Association        PRA Receivables Management, LLC
P.O. Box 94982                          PO Box 94982                          PO Box 41021
Cleveland, OH 44101-4982                Cleveland, OH 44101-4982              Norfolk, VA 23541-1021


Pennsylvania Dept. of Revenue           Peoples Gas Company LLC               ~~Peoples Gas Company LLC, f/k/a Peoples TWP L~~
Department 280946                       f/k/a Peoples TWP                     ~~c/o S. James Wallace, P.C.~~
P.O. Box 280946                         c/o S. James Wallace, P.C.            ~~845 N. Lincoln Ave.~~
ATTN: BANKRUPTCY DIVISION               845 N. Lincoln Avenue                 ~~Pittsburgh, PA 15233-1828~~
Harrisburg, PA 17128-0946               Pittsburgh, PA 15233-1828


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Premier Medical Associates PC         Quantum3 Group LLC as agent for
PO BOX 41067                            PO Box 644984                         Comenity Bank
NORFOLK VA 23541-1067                   Pittsburgh, PA 15264-4984             PO Box 788
                                                                              Kirkland, WA  98083-0788
```

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Sallie Mae
PO Box 8459
Philadelphia, PA 19101-8459

Sears Credit Cards
P.O. Box 6282
Sioux Falls, SD 57117-6282

Sears Credit Cards
P.O. Box 9001055
Louisville, KY 40290-1055

~~Jeffrey J. Sikirica~~
~~121 Northbrook Drive~~
~~Pine Township~~
~~Gibsonia, PA 15044-8983~~

State Collection Services, Inc.
2509 S. Stoughton Road
Madison, WI 53716-3314

State Collections Services, Inc.
PO Box 6250
Madison, WI 53716-0250

Synchrony Bamk/Walmart
P.O. Box 530993
Atlanta, GA 30353-0993

Synchrony Bank
P.O. Box 965016
Orlando, FL 32896-5016

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

~~Synchrony Bank~~
~~c/o of PRA Receivables Management, LLC~~
~~PO Box 41021~~
~~Norfolk, VA 23541-1021~~

Synchrony Bank/JCP
P.O. Box 960090
Orlando, FL 32896-0090

Synchrony Bank/Pandora
PO Box 530960
Atlanta, GA 30353-0960

Synchrony Bank/SR
PO Box 960012
Orlando, FL 32896-0012

Synchrony Bank/Sams Club
P.O. Box 530993
Atlanta, GA 30353-0993

Synchrony Financial
P.O. Box 965035
Orlando, FL 32896-5035

Synchrony Finnacial
P.O. Box 965033
Orlando, FL 32896-5033

Synchrony bank/QVC
P.O. Box 960097
Orlando, FL 32896-0097

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target Card Services
P.O. Box 660170
Dalls, TX 75266-0170

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828
 NEF: sjw@sjwpgh.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541
 NEF: bkgroup@kmllawgroup.com

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wells Fargo Bank, NA - Dilliard's
P.O. Box 10347
Des Moines, IA 50306-0347

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
 NEF: cmecf@chapter13trusteewdpa.com