# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

06/24/2021

IN RE:

JOEL J BEDNAR
SALLY M BEDNAR
104 SRADER GROVE ROAD
FREEPORT, PA 16229
XXX-XX-2378          Debtor(s)

XXX-XX-8883

Case No.19-21750 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
6/24/2021
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 2555 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: QCARD/PRAE | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK\*** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: VEHICLE |
| POB 400\* | Court Claim Number: | ACCOUNT NO.: 9902 |
| | CLAIM: 4,334.40 | |
| INDIANA, PA  15701 | COMMENT: PMTS PROPER/CONF\*1106.89@2%/PL~541.80MO | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| POB 94982 | Court Claim Number:35 | ACCOUNT NO.: 6514 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH  44101 | COMMENT: 188.45/PL\*188.46 X (60+2)=LMT\*BGN 5/19 | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:31 | ACCOUNT NO.: 9555 |
| PO BOX 41031 | | |
| | CLAIM: 8,594.24 | |
| NORFOLK, VA  23541 | COMMENT: SYNCHRONY\*AEO | |

| | | |
|---|---|---|
| **ALLE KISKI MEDICAL CENTER** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 951871 | Court Claim Number: | ACCOUNT NO.: 8660 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH  44193-0020 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 9464 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT: | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK HOME MEDICA** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 404 FORD ST | Court Claim Number:5 | ACCOUNT NO.: 8142 |
| PO BOX 192 | | |
| | CLAIM: 160.72 | |
| FORD CITY, PA  16226 | COMMENT: 7814/SCH\*KLINGENSMITH | |

| | | |
|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:1 | ACCOUNT NO.: 2000 |
| PO BOX 3001 | | |
| | CLAIM: 5,084.79 | |
| MALVERN, PA  19355-0701 | COMMENT: | |

| | | |
|---|---|---|
| **BHS FASTER CARE** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 1549 | Court Claim Number: | ACCOUNT NO.: 8172 |
| | CLAIM: 0.00 | |
| BUTLER, PA  16003 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:23 | ACCOUNT NO.: 7436 |
| | CLAIM: 1,458.56 | |
| NORFOLK, VA  23541 | COMMENT: BP | |

CLAIM RECORDS

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:33 | ACCOUNT NO.:  8101 |
| | CLAIM:  12,667.65 | |
| NORFOLK, VA  23541 | COMMENT:  BARCLAYS BANK | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:26 | ACCOUNT NO.:  5555 |
| | CLAIM:  5,190.87 | |
| NORFOLK, VA  23541 | COMMENT:  BEST BUY | |

| | | |
|---|---|---|
| **BUTLER MEMORIAL HOSPITAL** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ONE HOSPITAL WAY | Court Claim Number: | ACCOUNT NO.:  8808 |
| | CLAIM:  0.00 | |
| BUTLER, PA  16001 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE**\*\* | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  9251 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:18 | ACCOUNT NO.:  9543 |
| | CLAIM:  16,395.90 | |
| WARREN, MI  48090 | COMMENT:  CAPITAL ONE BANK*CABELAS | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:3 | ACCOUNT NO.:  7497 |
| PO BOX 15368 | | |
| | CLAIM:  5,801.43 | |
| WILMINGTON, DE  19850 | COMMENT:  CHASE AMAZON | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:2 | ACCOUNT NO.:  2342 |
| PO BOX 10587 | | |
| | CLAIM:  3,478.72 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:12 | ACCOUNT NO.:  4744 |
| | CLAIM:  1,932.14 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  VCTR SCRT/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:11 | ACCOUNT NO.:  9297 |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  HSN*CL 11@1573.11 W/D-DOC 49 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.:  5241 |
| PO BOX 10587 | | |
| | CLAIM:  359.17 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:22 | ACCOUNT NO.: 7564 |
| PO BOX 41031 | | |
| | CLAIM: 4,843.23 | |
| NORFOLK, VA 23541 | COMMENT: FIRST NATIONAL BANK OF OMAHA | |

| | | |
|---|---|---|
| **CAPITAL ONE NA** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:8 | ACCOUNT NO.: 2070 |
| PO BOX 3001 | | |
| | CLAIM: 3,478.37 | |
| MALVERN, PA 19355-0701 | COMMENT: KOHLS | |

| | | |
|---|---|---|
| **LL BEAN CARD SVCS** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 8802 | Court Claim Number: | ACCOUNT NO.: 6093 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19899-8802 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:32 | ACCOUNT NO.: 1644 |
| PO BOX 657 | | |
| | CLAIM: 7,886.28 | |
| KIRKLAND, WA 98083-0657 | COMMENT: MACYS | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:4 | ACCOUNT NO.: 7378 |
| PO BOX 15368 | | |
| | CLAIM: 35,262.84 | |
| WILMINGTON, DE 19850 | COMMENT: MARRIOTT RESORTS | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:17 | ACCOUNT NO.: 0620 |
| | CLAIM: 19,079.68 | |
| CLEVELAND, OH 44101 | COMMENT: X5359/SCH | |

| | | |
|---|---|---|
| **PREMIER MEDICAL ASSOC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 643773 | Court Claim Number: | ACCOUNT NO.: 5090 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15264 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **SALLIE MAE BANK** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O SALLIE MAE | Court Claim Number:13 | ACCOUNT NO.: 2378 |
| PO BOX 3319 | | |
| | CLAIM: 10,120.94 | |
| WILMINGTON, DE 19804 | COMMENT: X5117/SCH | |

| | | |
|---|---|---|
| **SALLIE MAE BANK** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O SALLIE MAE | Court Claim Number:14 | ACCOUNT NO.: 2378 |
| PO BOX 3319 | | |
| | CLAIM: 12,901.03 | |
| WILMINGTON, DE 19804 | COMMENT: X7745/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:19 | ACCOUNT NO.: 9615 |
| | CLAIM: 1,956.67 | |
| NORFOLK, VA 23541 | COMMENT: CITIBANK*SEARS MC | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br><br>MADISON, WI  53701 | Trustee Claim Number:31 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9154 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:32 INT %:  0.00%<br>Court Claim Number:30<br><br>CLAIM:  6,228.75<br>COMMENT:  WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3080 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:33 INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  551.45<br>COMMENT: SYNCHRONY*AMAZON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4477 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:34 INT %:  0.00%<br>Court Claim Number:28<br><br>CLAIM:  7,787.33<br>COMMENT:  X7481/SCH~JCP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4748 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:35 INT %:  0.00%<br>Court Claim Number:21<br><br>CLAIM:  1,107.68<br>COMMENT:  SYNCHRONY BANK~PANDORA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7385 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:36 INT %:  0.00%<br>Court Claim Number:24<br><br>CLAIM:  5,057.54<br>COMMENT:  SYNCHRONY*QVC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2555 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:37 INT %:  0.00%<br>Court Claim Number:27<br><br>CLAIM:  6,391.83<br>COMMENT:  DICKS SPORTING GOODS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1308 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:38 INT %:  0.00%<br>Court Claim Number:29<br><br>CLAIM:  9,465.47<br>COMMENT:  SYNCHRONY*SAMS CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8025 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:39 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4120 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124 | Trustee Claim Number:40 INT %:  0.00%<br>Court Claim Number:34<br><br>CLAIM:  8,310.83<br>COMMENT:  0680/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6458 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WELLS FARGO BANK NA** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN PAYMENT PROCESSING | Court Claim Number:9 | ACCOUNT NO.:  5470 |
| PO BOX 14487 | | |
| | CLAIM:  2,408.08 | |
| DES MOINES, IA  50309 | COMMENT:  632285470*0344~DILLARDS | |

| | | |
|---|---|---|
| **ADVANCED CALL CENTER TECHNOLOGIES LLC** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 9091 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| JOHNSON CITY, TN  37615 | COMMENT: | |

| | | |
|---|---|---|
| **ALLIED INTERSTATE++** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 7575 W CAMPUS RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **ASSET RECOVERY** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 57071 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| IRVINE, CA  92619 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **GC SERVICES** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 6330 GULFTON STREET | Court Claim Number: | ACCOUNT NO.: |
| POB 3026 | | |
| | CLAIM:  0.00 | |
| HOUSTON, TX  77081 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PATENAUDE AND FELIX APC** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 4545 MURPHY CANYON RD | Court Claim Number: | ACCOUNT NO.: |
| 3RD FL | | |
| | CLAIM:  0.00 | |
| SAN DIEGO, CA  92123 | COMMENT: | |

| | | |
|---|---|---|
| **NCB MANAGEMENT SERVICES INC*** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 1099* | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LANGHORNE, PA  19047 | COMMENT: | |

| | | |
|---|---|---|
| **NORTHSTAR LOCATION SERVICES** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 4285 GENESEE ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| CHEEKTOWAGA, NY  14225-1943 | COMMENT: | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| POB 94982 | Court Claim Number:35 | ACCOUNT NO.:  6514 |
| | CLAIM:  1,347.68 | |
| CLEVELAND, OH  44101 | COMMENT:  $/CL-PL*THRU 4/19 | |

| | | |
|---|---|---|
| **FIRST COMMONWEALTH BANK*** | Trustee Claim Number:50  INT %:  0.00% | CRED DESC:  VEHICLE |
| POB 400* | Court Claim Number: | ACCOUNT NO.:  9902 |
| | CLAIM:  546.95 | |
| INDIANA, PA  15701 | COMMENT:  PMTS PROPER/CONF*RSV/OWK*NT PROV/PL | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **S JAMES WALLACE ESQ**\*\* | Trustee Claim Number:51 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 437 GRANT ST 14TH FL | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219-6107 | COMMENT: PEOPLES/PRAE | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:52 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: PNC/PRAE | |

| | | |
|---|---|---|
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC**\* | Trustee Claim Number:53 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:6 | ACCOUNT NO.: 2068 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 665.89 | |
| PITTSBURGH, PA 15212 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** | Trustee Claim Number:54 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:10 | ACCOUNT NO.: 2013 |
| | CLAIM: 481.11 | |
| KIRKLAND, WA 98083-0788 | COMMENT: NT/SCH*ULTIMATE REWARDS | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:15 | ACCOUNT NO.: 4605 |
| | CLAIM: 1,993.90 | |
| CLEVELAND, OH 44101 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:56 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:16-2 | ACCOUNT NO.: 5359 |
| | CLAIM: 20,285.69 | |
| CLEVELAND, OH 44101 | COMMENT: NT/SCH*4605 ORIGINAL CL;AMD | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:20 | ACCOUNT NO.: 1543 |
| | CLAIM: 2,071.83 | |
| NORFOLK, VA 23541 | COMMENT: NT/SCH*SYNCHRONY BANK*TJX REWARDS | |