IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: JOEL L. BEDNAR | : | Bankruptcy No. 19-21750-CMB |
| SALLY M. BEDNAR | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Debtors(s), Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   **The Debtors are not required to pay any Domestic Support Obligations**.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On **10/22/2019**, **at docket numbers 37 and 38**, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:*
   **Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.**

Dated: 04/26/2024

By: /s/ Jeffrey J. Sikirica
Signature
Jeffrey J. Sikirica
Name of Filer - Typed
P.O. Box 13426, Pittsburgh, PA  15243
Address of Filer
JJSPAESQ@gmail.com
Email Address of Filer
(724) 625-2566
Phone Number of Filer
36745 - Pennsylvania
Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**