**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOEL J BEDNAR<br>SALLY M BEDNAR<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-21750<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

April 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2019 and confirmed on 8/2/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,740.20 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 82,740.20 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,700.00 | |
|   Trustee Fee | 4,041.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,741.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 11,684.52 | 0.00 | 11,684.52 |
|     Acct: 6514 | | | | |
|   PNC BANK NA | 1,347.68 | 1,347.68 | 0.00 | 1,347.68 |
|     Acct: 6514 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 4,334.40 | 4,334.40 | 0.00 | 4,334.40 |
|     Acct: 9902 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 546.95 | 546.95 | 0.00 | 546.95 |
|     Acct: 9902 | | | | |
| | | | | 17,913.55 |
| **Priority** | | | | |
|   JEFFREY J SIKIRICA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOEL J BEDNAR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY J SIKIRICA ESQ | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|   SYNCHRONY BANK BY AIS INFOSOURCE | 8,594.24 | 2,233.13 | 0.00 | 2,233.13 |
|     Acct: 9555 | | | | |
|   ALLE KISKI MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8660 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9464 | | | | |
|   ALLEGHENY HEALTH NETWORK HOME M | 160.72 | 41.76 | 0.00 | 41.76 |
|     Acct: 8142 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 5,084.79 | 1,321.23 | 0.00 | 1,321.23 |
|     Acct: 2000 | | | | |
|   BHS FASTER CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8172 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,458.56 | 378.99 | 0.00 | 378.99 |
|     Acct: 7436 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 12,667.65 | 3,291.56 | 0.00 | 3,291.56 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8101 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 5,190.87 | 1,348.80 | 0.00 | 1,348.80 |
| | Acct: 5555 | | | | |
| | BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8808 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9251 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 16,395.90 | 4,260.31 | 0.00 | 4,260.31 |
| | Acct: 9543 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 5,801.43 | 1,507.44 | 0.00 | 1,507.44 |
| | Acct: 7497 | | | | |
| | LVNV FUNDING LLC | 3,478.72 | 903.91 | 0.00 | 903.91 |
| | Acct: 2342 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 1,932.14 | 502.05 | 0.00 | 502.05 |
| | Acct: 4744 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9297 | | | | |
| | LVNV FUNDING LLC | 359.17 | 93.33 | 0.00 | 93.33 |
| | Acct: 5241 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFO | 4,843.23 | 1,258.46 | 0.00 | 1,258.46 |
| | Acct: 7564 | | | | |
| | CAPITAL ONE NA** | 3,478.37 | 903.82 | 0.00 | 903.82 |
| | Acct: 2070 | | | | |
| | LL BEAN CARD SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6093 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 7,886.28 | 2,049.17 | 0.00 | 2,049.17 |
| | Acct: 1644 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 35,262.84 | 9,162.70 | 0.00 | 9,162.70 |
| | Acct: 7378 | | | | |
| | PNC BANK NA | 19,079.68 | 4,957.66 | 0.00 | 4,957.66 |
| | Acct: 0620 | | | | |
| | PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5090 | | | | |
| | SALLIE MAE BANK | 10,120.94 | 2,629.83 | 0.00 | 2,629.83 |
| | Acct: 2378 | | | | |
| | SALLIE MAE BANK | 12,901.03 | 3,352.20 | 0.00 | 3,352.20 |
| | Acct: 2378 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,956.67 | 508.42 | 0.00 | 508.42 |
| | Acct: 9615 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9154 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 6,228.75 | 1,618.48 | 0.00 | 1,618.48 |
| | Acct: 3080 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 551.45 | 143.29 | 0.00 | 143.29 |
| | Acct: 4477 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 7,787.33 | 2,023.46 | 0.00 | 2,023.46 |
| | Acct: 4748 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,107.68 | 287.82 | 0.00 | 287.82 |
| | Acct: 7385 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 5,057.54 | 1,314.15 | 0.00 | 1,314.15 |
| | Acct: 2555 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 6,391.83 | 1,660.85 | 0.00 | 1,660.85 |
| | Acct: 1308 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 9,465.47 | 2,459.51 | 0.00 | 2,459.51 |
| | Acct: 8025 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4120 | | | | |
| | TD BANK USA NA** | 8,310.83 | 2,159.49 | 0.00 | 2,159.49 |
| | Acct: 6458 | | | | |
| | WELLS FARGO BANK NA | 2,408.08 | 625.72 | 0.00 | 625.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 5470 | | | | |
|     PEOPLES GAS LLC F/K/A PEOPLES TWP | 665.89 | 173.02 | 0.00 | 173.02 |
|     Acct: 2068 | | | | |
|     QUANTUM3 GROUP LLC - AGENT COMEN | 481.11 | 125.01 | 0.00 | 125.01 |
|     Acct: 2013 | | | | |
|     PNC BANK NA | 1,993.90 | 518.09 | 0.00 | 518.09 |
|     Acct: 4605 | | | | |
|     PNC BANK NA | 20,285.69 | 5,271.03 | 0.00 | 5,271.03 |
|     Acct: 5359 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1543 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2555 | | | | |
|     GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ADVANCED CALL CENTER TECHNOLOGIE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     NORTHSTAR LOCATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 59,084.69 |

TOTAL PAID TO CREDITORS                                                                                                        76,998.24

TOTAL CLAIMED
  PRIORITY              0.00
  SECURED           6,229.03
  UNSECURED     227,388.78

Date: 04/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOEL J BEDNAR
    SALLY M BEDNAR
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:19-21750

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21750-CMB |
| Joel J Bednar | Chapter 13 |
| Sally M Bednar | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 78 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joel J Bednar, Sally M Bednar, 104 Srader Grove Road, Freeport, PA 16229-1917 |
| 15042907 | | Alle Kiski Mecical Center, PO Box 644896, Pittsburgh, PA 15264-4896 |
| 15042909 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City, PA 16226-1230 |
| 15057216 | + | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 15057219 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 15057223 | | GC Services Limited Partnership, Dept. Hovs 052, PO Box 3044, Livonia, MI 48151-3044 |
| 15057224 | + | Gregg L. Morris, Esq., Patenaude & Felix, A.P.C., 4545 Murphy Canyon Rd., 3rd Flr., San Diego, CA 92123-4363 |
| 15042928 | | LL Bean Mastercard, PO Box 9001068, Louisville, KY 40290-1068 |
| 15042930 | | Mariott Rewards, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15057228 | | Premier Medical Associates PC, PO Box 644984, Pittsburgh, PA 15264-4984 |
| 15042945 | | Synchrony Finnacial, P.O. Box 965033, Orlando, FL 32896-5033 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:07:16 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:44:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2024 23:49:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15042906 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:33:02 | AEO/Synchrony Bank, P.O. Box 965003, Orlando, FL 32896-5003 |
| 15042905 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:36 | AEO/Synchrony Bank, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15057215 | ^ | MEBN | Apr 26 2024 23:42:57 | Advanced Call Center Technologies, LLC, PO Box 9091, Gray, TN 37615-9091 |
| 15042908 | ^ | MEBN | Apr 26 2024 23:46:25 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15042912 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:06:55 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15042910 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:07:20 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15042911 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 01:15:58 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15060055 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:19:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-21750-CMB  Doc 60  Filed 04/28/24  Entered 04/29/24 00:29:21  Desc Imaged
Certificate of Notice   Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 15057218 | ^ | MEBN | Apr 26 2024 23:44:47 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave., Suite 200, Des Plaines, IL 60018-4501 |
| 15042914 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:11 | BP Visa Credit Card, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15042913 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:12 | BP Visa Credit Card, P.O. Box 965023, Orlando, FL 32896-5022 |
| 15057220 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Apr 26 2024 23:50:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 15042915 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 26 2024 23:50:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15042916 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:07:52 | Best Buy Credit Services, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15083317 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:33:04 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15042917 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:07:14 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15074166 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:07:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042921 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:06:52 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15042922 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity - Victoria's Secrret, PO Box 659728, San Antonio, TX 78265-9728 |
| 15042923 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity Capital Bank - HSN, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 15042924 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2024 00:07:13 | CreditOne Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15042929 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:21:00 | Macy's, P.O. Box 8058, Mason, OH 45040-8058 |
| 15083913 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15057221 | + | Email/Text: egssupportservices@alorica.com | Apr 26 2024 23:51:00 | EGS Financial Care, Inc., PO Box 1020, Dept. 806, Horsham, PA 19044-8020 |
| 15042925 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 26 2024 23:50:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15057222 | + | Email/Text: SAABankruptcy@fcbanking.com | Apr 26 2024 23:50:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 15042919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2024 00:07:11 | Chase, P.O. Box 1423, Carlotte, NC 28201-1423 |
| 15042920 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2024 00:07:41 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15042931 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2024 00:07:12 | Marriott Rewards, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15063445 | + | Email/Text: RASEBN@raslg.com | Apr 26 2024 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15063585 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 26 2024 23:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15042926 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2024 23:49:00 | Kohl's, P.O. Box 3043, Milwaukee, WI |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 53201-3043 |
| 15042927 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:07:56 | LL Bean Mastercard, PO Box 6742, Sioux Falls, SD 57117-6742 |
| 15062093 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:20:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15082707 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2024 23:51:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15042932 | ^ | MEBN | Apr 26 2024 23:43:13 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 15057227 | ^ | MEBN | Apr 26 2024 23:44:38 | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesse St., Cheektowaga, NY 14225-1943 |
| 15042933 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15042934 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 15084235 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15082290 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15083179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 01:15:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072321 | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2024 23:49:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15079598 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15079596 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15057230 | | Email/Text: amieg@stcol.com | Apr 26 2024 23:49:00 | State Collection Services, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15057229 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 26 2024 23:52:00 | Sallie Mae, PO Box 8459, Philadelphia, PA 19101-8459 |
| 15082285 | | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 26 2024 23:52:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15042936 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:07:24 | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15042935 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:32:25 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 15042937 | | Email/Text: amieg@stcol.com | Apr 26 2024 23:49:00 | State Collections Services, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15042938 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:31:57 | Synchrony Bamk/Walmart, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 15042939 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:06:50 | Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 15044827 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2024 00:19:25 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15042940 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:41 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 15042941 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15042942 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:14 | Synchrony Bank/Pandora, PO Box 530960, Atlanta, GA 30353-0960 |
| 15042943 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:12 | Synchrony Bank/SR, PO Box 960012, Orlando, FL 32896-0012 |
| 15042944 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:55:18 | Synchrony Bank/Sams Club, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 15042946 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:49 | Synchrony Financial, P.O. Box 965035, Orlando, FL 32896-5035 |
| 15084162 | + | Email/Text: bncmail@w-legal.com | Apr 27 2024 00:06:50 | Synchrony bank/QVC, P.O. Box 960097, Orlando, FL 32896-0097 |
| | | | Apr 26 2024 23:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15042947 | | Email/Text: bncmail@w-legal.com | Apr 26 2024 23:50:00 | Target Card Services, P.O. Box 660170, Dalls, TX 75266-0170 |
| 15075435 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2024 00:21:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15042948 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2024 00:32:02 | Wells Fargo Bank, NA - Dilliard's, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 67

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15057217 | *+ | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15042918 | *+ | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15057225 | * | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15057226 | * | LL Bean Mastercard, PO Box 9001068, Louisville, KY 40290-1068 |
| 15083777 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |

    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey J. Sikirica
    on behalf of Debtor Joel J Bednar TrusteeSikirica@gmail.com PA59@ecfcbis.com

Jeffrey J. Sikirica
    on behalf of Joint Debtor Sally M Bednar TrusteeSikirica@gmail.com PA59@ecfcbis.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6