**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joel J Bednar<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2378<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sally M Bednar<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8883<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–21750–CMB

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Joel J Bednar

<u>6/11/24</u>                                    **By the court:** <u>Carlota M Bohm</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21750-CMB |
| Joel J Bednar | Chapter 13 |
| Sally M Bednar | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jun 11, 2024 | Form ID: 3180WHJ1 | Total Noticed: 78 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joel J Bednar, Sally M Bednar, 104 Srader Grove Road, Freeport, PA 16229-1917 |
| 15042907 | | Alle Kiski Mecical Center, PO Box 644896, Pittsburgh, PA 15264-4896 |
| 15042909 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City, PA 16226-1230 |
| 15057216 | + | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 15057219 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 15057223 | | GC Services Limited Partnership, Dept. Hovs 052, PO Box 3044, Livonia, MI 48151-3044 |
| 15057224 | + | Gregg L. Morris, Esq., Patenaude & Felix, A.P.C., 4545 Murphy Canyon Rd., 3rd Flr., San Diego, CA 92123-4363 |
| 15042928 | | LL Bean Mastercard, PO Box 9001068, Louisville, KY 40290-1068 |
| 15042930 | | Mariott Rewards, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15057228 | | Premier Medical Associates PC, PO Box 644984, Pittsburgh, PA 15264-4984 |
| 15042945 | | Synchrony Finnacial, P.O. Box 965033, Orlando, FL 32896-5033 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 12 2024 04:06:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jun 12 2024 04:06:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 12 2024 00:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15042906 | | EDI: SYNC | Jun 12 2024 04:06:00 | AEO/Synchrony Bank, P.O. Box 965003, Orlando, FL 32896-5003 |
| 15042905 | | EDI: SYNC | Jun 12 2024 04:06:00 | AEO/Synchrony Bank, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15057215 | ^ | MEBN | Jun 12 2024 00:18:21 | Advanced Call Center Technologies, LLC, PO Box 9091, Gray, TN 37615-9091 |
| 15042908 | ^ | MEBN | Jun 12 2024 00:21:03 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15042912 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:36:16 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15042910 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:36:41 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15042911 | + | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:36:35 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15060055 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:36:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 15057218 | ^ MEBN | Jun 12 2024 00:20:01 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave., Suite 200, Des Plaines, IL 60018-4501 |
| 15042914 | EDI: SYNC | Jun 12 2024 04:06:00 | BP Visa Credit Card, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15042913 | EDI: SYNC | Jun 12 2024 04:06:00 | BP Visa Credit Card, P.O. Box 965023, Orlando, FL 32896-5022 |
| 15057220 | Email/Text: patientfinancialservices@butlerhealthsystem.org | Jun 12 2024 10:38:09 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 15042915 | EDI: TSYS2 | Jun 12 2024 04:06:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15042916 | EDI: CITICORP | Jun 12 2024 04:06:00 | Best Buy Credit Services, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15083317 | + EDI: PRA.COM | Jun 12 2024 04:06:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15042917 | EDI: CAPITALONE.COM | Jun 12 2024 04:06:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15074166 | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:36:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042921 | EDI: CITICORP | Jun 12 2024 04:06:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15042922 | EDI: WFNNB.COM | Jun 12 2024 04:06:00 | Comenity - Victoria's Secrret, PO Box 659728, San Antonio, TX 78265-9728 |
| 15042923 | EDI: WFNNB.COM | Jun 12 2024 04:06:00 | Comenity Capital Bank - HSN, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 15042924 | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2024 00:36:18 | CreditOne Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15042929 | EDI: CITICORP | Jun 12 2024 04:06:00 | Macy's, P.O. Box 8058, Mason, OH 45040-8058 |
| 15083913 | EDI: Q3G.COM | Jun 12 2024 04:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15057221 | + Email/Text: egssupportservices@alorica.com | Jun 12 2024 00:33:00 | EGS Financial Care, Inc., PO Box 1020, Dept. 806, Horsham, PA 19044-8020 |
| 15042925 | Email/Text: collecadminbankruptcy@fnni.com | Jun 12 2024 00:31:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15057222 | + Email/Text: SAABankruptcy@fcbanking.com | Jun 12 2024 00:31:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 15042919 | EDI: JPMORGANCHASE | Jun 12 2024 04:06:00 | Chase, P.O. Box 1423, Carlotte, NC 28201-1423 |
| 15042920 | EDI: JPMORGANCHASE | Jun 12 2024 04:06:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15042931 | EDI: JPMORGANCHASE | Jun 12 2024 04:06:00 | Marriott Rewards, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15063445 | + Email/Text: RASEBN@raslg.com | Jun 12 2024 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15063585 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 12 2024 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15042926 | Email/Text: PBNCNotifications@peritusservices.com | Jun 12 2024 00:29:00 | Kohl's, P.O. Box 3043, Milwaukee, WI |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 53201-3043 |
| 15042927 | | EDI: CITICORP | Jun 12 2024 04:06:00 | LL Bean Mastercard, PO Box 6742, Sioux Falls, SD 57117-6742 |
| 15062093 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2024 00:36:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15082707 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2024 00:32:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15042932 | ^ | MEBN | Jun 12 2024 00:18:45 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 15057227 | ^ | MEBN | Jun 12 2024 00:19:34 | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesse St., Cheektowaga, NY 14225-1943 |
| 15042933 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 00:29:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15042934 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 00:29:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 15084235 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 00:29:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15082290 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 00:29:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15083179 | | EDI: PRA.COM | Jun 12 2024 04:06:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072321 | + | Email/Text: ebnpeoples@grblaw.com | Jun 12 2024 00:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15079598 | | EDI: Q3G.COM | Jun 12 2024 04:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15079596 | | EDI: Q3G.COM | Jun 12 2024 04:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15057230 | | Email/Text: amieg@stcol.com | Jun 12 2024 00:29:00 | State Collection Services, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15057229 | + | EDI: SALLIEMAEBANK.COM | Jun 12 2024 04:06:00 | Sallie Mae, PO Box 8459, Philadelphia, PA 19101-8459 |
| 15082285 | | EDI: SALLIEMAEBANK.COM | Jun 12 2024 04:06:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15042936 | + | EDI: CITICORP | Jun 12 2024 04:06:00 | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15042935 | | EDI: CITICORP | Jun 12 2024 04:06:00 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 15042937 | | Email/Text: amieg@stcol.com | Jun 12 2024 00:29:00 | State Collections Services, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15042938 | | EDI: SYNC | Jun 12 2024 04:06:00 | Synchrony Bamk/Walmart, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 15042939 | | EDI: SYNC | Jun 12 2024 04:06:00 | Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 15044827 | + | EDI: AIS.COM | Jun 12 2024 04:06:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15042940 | | EDI: SYNC | Jun 12 2024 04:06:00 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 15042941 | | EDI: SYNC | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 12 2024 04:06:00 | Synchrony Bank/Pandora, PO Box 530960, Atlanta, GA 30353-0960 |
| 15042942 | | EDI: SYNC | Jun 12 2024 04:06:00 | Synchrony Bank/SR, PO Box 960012, Orlando, FL 32896-0012 |
| 15042943 | | EDI: SYNC | Jun 12 2024 04:06:00 | Synchrony Bank/Sams Club, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 15042944 | | EDI: SYNC | Jun 12 2024 04:06:00 | Synchrony Financial, P.O. Box 965035, Orlando, FL 32896-5035 |
| 15042946 | | EDI: SYNC | Jun 12 2024 04:06:00 | Synchrony bank/QVC, P.O. Box 960097, Orlando, FL 32896-0097 |
| 15084162 | + | Email/Text: bncmail@w-legal.com | Jun 12 2024 00:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15042947 | | EDI: WTRRNBANK.COM | Jun 12 2024 04:06:00 | Target Card Services, P.O. Box 660170, Dalls, TX 75266-0170 |
| 15075435 | | EDI: WFFC2 | Jun 12 2024 04:06:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15042948 | | EDI: WFFC2 | Jun 12 2024 04:06:00 | Wells Fargo Bank, NA - Dilliard's, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 67

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15057217 | *+ | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15042918 | *+ | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15057225 | * | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15057226 | * | LL Bean Mastercard, PO Box 9001068, Louisville, KY 40290-1068 |
| 15083777 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Jun 11, 2024 Form ID: 3180WHJ1 Total Noticed: 78

    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey J. Sikirica
    on behalf of Debtor Joel J Bednar TrusteeSikirica@gmail.com PA59@ecfcbis.com

Jeffrey J. Sikirica
    on behalf of Joint Debtor Sally M Bednar TrusteeSikirica@gmail.com PA59@ecfcbis.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6