IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOEL J BEDNAR
SALLY M BEDNAR
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21750

Chapter 13

Document No.: 55

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___11th___ day of ___June___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/11/24 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21750-CMB |
| Joel J Bednar | Chapter 13 |
| Sally M Bednar | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jun 11, 2024 | Form ID: pdf900 | Total Noticed: 78 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joel J Bednar, Sally M Bednar, 104 Srader Grove Road, Freeport, PA 16229-1917 |
| 15042907 | | Alle Kiski Mecical Center, PO Box 644896, Pittsburgh, PA 15264-4896 |
| 15042909 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City, PA 16226-1230 |
| 15057216 | + | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 15057219 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 15057223 | | GC Services Limited Partnership, Dept. Hovs 052, PO Box 3044, Livonia, MI 48151-3044 |
| 15057224 | + | Gregg L. Morris, Esq., Patenaude & Felix, A.P.C., 4545 Murphy Canyon Rd., 3rd Flr., San Diego, CA 92123-4363 |
| 15042928 | | LL Bean Mastercard, PO Box 9001068, Louisville, KY 40290-1068 |
| 15042930 | | Mariott Rewards, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15057228 | | Premier Medical Associates PC, PO Box 644984, Pittsburgh, PA 15264-4984 |
| 15042945 | | Synchrony Finnacial, P.O. Box 965033, Orlando, FL 32896-5033 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:36:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:36:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 12 2024 00:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15042906 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:20 | AEO/Synchrony Bank, P.O. Box 965003, Orlando, FL 32896-5003 |
| 15042905 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:27 | AEO/Synchrony Bank, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15057215 | ^ | MEBN | Jun 12 2024 00:18:23 | Advanced Call Center Technologies, LLC, PO Box 9091, Gray, TN 37615-9091 |
| 15042908 | ^ | MEBN | Jun 12 2024 00:21:04 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15042912 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 01:07:45 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15042910 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:52:22 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15042911 | + | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:52:22 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15060055 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 01:28:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15057218 | ^ | MEBN | Jun 12 2024 00:20:04 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave., Suite 200, Des Plaines, IL 60018-4501 |
| 15042914 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:31 | BP Visa Credit Card, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15042913 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:33 | BP Visa Credit Card, P.O. Box 965023, Orlando, FL 32896-5022 |
| 15057220 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Jun 12 2024 10:38:09 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 15042915 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 12 2024 00:31:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15042916 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 00:36:05 | Best Buy Credit Services, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15083317 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:52:16 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15042917 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:52:34 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15074166 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2024 00:36:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042921 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 00:36:34 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15042922 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2024 00:31:00 | Comenity - Victoria's Secrret, PO Box 659728, San Antonio, TX 78265-9728 |
| 15042923 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 12 2024 00:31:00 | Comenity Capital Bank - HSN, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 15042924 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2024 00:36:01 | CreditOne Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15042929 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 00:36:15 | Macy's, P.O. Box 8058, Mason, OH 45040-8058 |
| 15083913 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2024 00:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15057221 | + | Email/Text: egssupportservices@alorica.com | Jun 12 2024 00:33:00 | EGS Financial Care, Inc., PO Box 1020, Dept. 806, Horsham, PA 19044-8020 |
| 15042925 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 12 2024 00:31:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15057222 | + | Email/Text: SAABankruptcy@fcbanking.com | Jun 12 2024 00:31:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 15042919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 12 2024 00:51:43 | Chase, P.O. Box 1423, Carlotte, NC 28201-1423 |
| 15042920 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 12 2024 00:36:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15042931 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 12 2024 00:51:54 | Marriott Rewards, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15063445 | + | Email/Text: RASEBN@raslg.com | Jun 12 2024 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15063585 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 12 2024 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15042926 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 12 2024 00:29:00 | Kohl's, P.O. Box 3043, Milwaukee, WI |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15042927 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | 53201-3043 |
| | | | Jun 12 2024 00:36:34 | LL Bean Mastercard, PO Box 6742, Sioux Falls, SD 57117-6742 |
| 15062093 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2024 00:36:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15082707 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2024 00:32:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15042932 | ^ | MEBN | Jun 12 2024 00:18:49 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 15057227 | ^ | MEBN | Jun 12 2024 00:19:39 | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesse St., Cheektowaga, NY 14225-1943 |
| 15042933 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 00:29:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15042934 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 00:29:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 15084235 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 00:29:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15082290 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2024 00:29:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15083179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2024 00:36:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072321 | + | Email/Text: ebnpeoples@grblaw.com | Jun 12 2024 00:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15079598 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2024 00:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15079596 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2024 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15057230 | | Email/Text: amieg@stcol.com | Jun 12 2024 00:29:00 | State Collection Services, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15057229 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 12 2024 00:33:00 | Sallie Mae, PO Box 8459, Philadelphia, PA 19101-8459 |
| 15082285 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 12 2024 00:33:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15042936 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 01:28:37 | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15042935 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2024 00:52:32 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 15042937 | | Email/Text: amieg@stcol.com | Jun 12 2024 00:29:00 | State Collections Services, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15042938 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:52:15 | Synchrony Bamk/Walmart, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 15042939 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:12 | Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 15044827 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 12 2024 00:36:20 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15042940 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:27 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 15042941 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 12 2024 00:36:04 | Synchrony Bank/Pandora, PO Box 530960, Atlanta, GA 30353-0960 |
| 15042942 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:32 | Synchrony Bank/SR, PO Box 960012, Orlando, FL 32896-0012 |
| 15042943 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:00 | Synchrony Bank/Sams Club, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 15042944 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:51:47 | Synchrony Financial, P.O. Box 965035, Orlando, FL 32896-5035 |
| 15042946 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2024 00:36:04 | Synchrony bank/QVC, P.O. Box 960097, Orlando, FL 32896-0097 |
| 15084162 | + | Email/Text: bncmail@w-legal.com | Jun 12 2024 00:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15042947 | | Email/Text: bncmail@w-legal.com | Jun 12 2024 00:31:00 | Target Card Services, P.O. Box 660170, Dalls, TX 75266-0170 |
| 15075435 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 12 2024 00:52:33 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15042948 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 12 2024 01:07:37 | Wells Fargo Bank, NA - Dilliard's, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15057217 | *+ | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15042918 | *+ | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15057225 | * | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15057226 | * | LL Bean Mastercard, PO Box 9001068, Louisville, KY 40290-1068 |
| 15083777 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024                Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

**Name**                        **Email Address**

Denise Carlon

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Jun 11, 2024 | Form ID: pdf900 | Total Noticed: 78

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey J. Sikirica
    on behalf of Debtor Joel J Bednar TrusteeSikirica@gmail.com PA59@ecfcbis.com

Jeffrey J. Sikirica
    on behalf of Joint Debtor Sally M Bednar TrusteeSikirica@gmail.com PA59@ecfcbis.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6