**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **JOEL J. BEDNAR** | ) | Case No. 19-21750-CMB |
| **SALLY M. BEDNAR** | ) | |
| | ) | **Chapter 13** |
| **Debtor(s).** | ) | |
| | ) | |
| | ) | **Document No.** |
| **JOEL J. BEDNAR** | ) | |
| **SALLY M. BEDNAR** | ) | Related to Doc. Nos. 68 & 69 |
| | ) | |
| **Movant(s),** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **No Respondents** | ) | |

**CERTIFICATE OF SERVICE**

I, Jeffrey J. Sikirica, herby certify that on the 21st day of June, 2024, I served a true and correct copy of the Order & Notice Setting Date Certain for Response and Hearing on Motion, Motion to Modify Discharge Order and Exhibits upon the following by notice of electronic filing (NEF) or First Class U.S. mail as indicated below:

**By NEF**

Office of the U.S. Trustee           @ Ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour                   @ cmecf@chapter13trusteewdpa.com
Attorney for Debtor

**By First Class U.S. mail**

Joel J. Bednar
Sally M. Bednar
104 Srader Grove Road
Freeport, PA  16229

Dated: **June 21, 2024**                                  By: /s/ Jeffrey J. Sikirica
                                                                       Jeffrey J. Sikirica
                                                                       Attorney for the Debtor
                                                                       PA I.D. No. 36745

                                                                       P.O. Box 13426
                                                                       Pittsburgh, PA  15243
                                                                       (724) 625-2566
                                                                       (866)309-5677
                                                                       JJSPAESQ@gmail.com