IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| JOEL J. BEDNAR | ) | Case No.   19-21750-CMB |
| SALLY M. BEDNAR | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |
| | ) | Document No.   68 |
| JOEL J. BEDNAR | ) | |
| SALLY M. BEDNAR | ) | |
| | ) | |
| Movant(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**ENTERED BY DEFAULT**
<u>**ORDER OF COURT**</u>

AND NOW, this   5th   day of July 2024, upon consideration of the Debtors' "Motion to Modify Discharge Order,"

it is hereby ORDERED and DECREED that

(1) the Motion to Modify Discharge Order is granted,

(2) the Discharge Order for the Debtors, Joel J. Bednar and Sally M. Bednar is modified from a discharge pursuant to 11 U.S.C. section 1328(b) to a discharge pursuant to 11 U.S.C. section 1328(a), and,

(3) the Clerk of the Bankruptcy Court shall issue and serve on all parties of interest the modified Discharge Order.

FILED
7/5/24 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_   dmk
The Honorable Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joel J Bednar  
Sally M Bednar  
    Debtors

Case No. 19-21750-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Jul 05, 2024     Form ID: pdf900     Total Noticed: 78

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joel J Bednar, Sally M Bednar, 104 Srader Grove Road, Freeport, PA 16229-1917 |
| 15042907 | | Alle Kiski Mecical Center, PO Box 644896, Pittsburgh, PA 15264-4896 |
| 15042909 | + | Allegheny Health Network Home Medical Equipment, 404 Ford Street, Ford City, PA 16226-1230 |
| 15057216 | + | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 15057219 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 15057220 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15057223 | | GC Services Limited Partnership, Dept. Hovs 052, PO Box 3044, Livonia, MI 48151-3044 |
| 15057224 | + | Gregg L. Morris, Esq., Patenaude & Felix, A.P.C., 4545 Murphy Canyon Rd., 3rd Flr., San Diego, CA 92123-4363 |
| 15042928 | | LL Bean Mastercard, PO Box 9001068, Louisville, KY 40290-1068 |
| 15042930 | | Mariott Rewards, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15057228 | | Premier Medical Associates PC, PO Box 644984, Pittsburgh, PA 15264-4984 |
| 15042945 | | Synchrony Finnacial, P.O. Box 965033, Orlando, FL 32896-5033 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2024 00:51:54 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2024 00:51:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 06 2024 00:42:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15042906 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:59 | AEO/Synchrony Bank, P.O. Box 965003, Orlando, FL 32896-5003 |
| 15042905 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:56 | AEO/Synchrony Bank, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15057215 | ^ | MEBN | Jul 06 2024 00:41:19 | Advanced Call Center Technologies, LLC, PO Box 9091, Gray, TN 37615-9091 |
| 15042908 | ^ | MEBN | Jul 06 2024 00:41:38 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15042912 | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2024 00:51:57 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15042910 | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2024 00:51:54 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15042911 | + | Email/PDF: bncnotices@becket-lee.com | Jul 06 2024 00:51:59 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15060055 | | Email/PDF: bncnotices@becket-lee.com | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15057218 | ^ | MEBN | Jul 06 2024 00:51:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042914 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:41:34 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave., Suite 200, Des Plaines, IL 60018-4501 |
| 15042913 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:53 | BP Visa Credit Card, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15042915 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 06 2024 00:51:53 | BP Visa Credit Card, P.O. Box 965023, Orlando, FL 32896-5022 |
| 15042916 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2024 00:42:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15083317 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2024 00:51:59 | Best Buy Credit Services, P.O. Box 9001007, Louisville, KY 40290-1007 |
| | | | Jul 06 2024 00:51:59 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15042917 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2024 00:51:59 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15074166 | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2024 00:51:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15042921 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2024 00:51:57 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15042922 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2024 00:42:00 | Comenity - Victoria's Secrret, PO Box 659728, San Antonio, TX 78265-9728 |
| 15042923 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2024 00:42:00 | Comenity Capital Bank - HSN, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 15042924 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 06 2024 00:51:57 | CreditOne Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15042929 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2024 00:51:57 | Macy's, P.O. Box 8058, Mason, OH 45040-8058 |
| 15083913 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2024 00:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15057221 | + | Email/Text: egssupportservices@alorica.com | Jul 06 2024 00:42:00 | EGS Financial Care, Inc., PO Box 1020, Dept. 806, Horsham, PA 19044-8020 |
| 15042925 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 06 2024 00:42:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15057222 | + | Email/Text: SAABankruptcy@fcbanking.com | Jul 06 2024 00:42:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 15042919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2024 00:51:57 | Chase, P.O. Box 1423, Carlotte, NC 28201-1423 |
| 15042920 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2024 00:51:53 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15042931 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2024 00:51:56 | Marriott Rewards, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 15063445 | + | Email/Text: RASEBN@raslg.com | Jul 06 2024 00:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15063585 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 06 2024 00:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15042926 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 06 2024 00:42:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |

Case 19-21750-CMB    Doc 75    Filed 07/07/24    Entered 07/08/24 00:14:40    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 05, 2024 | Form ID: pdf900 | Total Noticed: 78 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15042927 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2024 00:51:54 | LL Bean Mastercard, PO Box 6742, Sioux Falls, SD 57117-6742 |
| 15062093 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2024 00:51:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15082707 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2024 00:42:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15042932 | ^ | MEBN | Jul 06 2024 00:41:20 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 15057227 | ^ | MEBN | Jul 06 2024 00:41:28 | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesse St., Cheektowaga, NY 14225-1943 |
| 15042933 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2024 00:42:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 15042934 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2024 00:42:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 15084235 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2024 00:42:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15082290 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 06 2024 00:42:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15083179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2024 00:51:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072321 | + | Email/Text: ebnpeoples@grblaw.com | Jul 06 2024 00:42:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15079598 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2024 00:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15079596 | | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2024 00:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15057230 | | Email/Text: amieg@stcol.com | Jul 06 2024 00:42:00 | State Collection Services, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 15057229 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 06 2024 00:42:00 | Sallie Mae, PO Box 8459, Philadelphia, PA 19101-8459 |
| 15082285 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 06 2024 00:42:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15042936 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2024 00:51:59 | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15042935 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2024 00:51:54 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 15042937 | | Email/Text: amieg@stcol.com | Jul 06 2024 00:42:00 | State Collections Services, Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15042938 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:59 | Synchrony Bamk/Walmart, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 15042939 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:58 | Synchrony Bank, P.O. Box 965016, Orlando, FL 32896-5016 |
| 15044827 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 06 2024 00:51:53 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15042940 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:53 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 15042941 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:58 | Synchrony Bank/Pandora, PO Box 530960, Atlanta, GA 30353-0960 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15042942 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:57 | Synchrony Bank/SR, PO Box 960012, Orlando, FL 32896-0012 |
| 15042943 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:54 | Synchrony Bank/Sams Club, P.O. Box 530993, Atlanta, GA 30353-0993 |
| 15042944 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:53 | Synchrony Financial, P.O. Box 965035, Orlando, FL 32896-5035 |
| 15042946 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2024 00:51:53 | Synchrony bank/QVC, P.O. Box 960097, Orlando, FL 32896-0097 |
| 15084162 | + | Email/Text: bncmail@w-legal.com | Jul 06 2024 00:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15042947 | | Email/Text: bncmail@w-legal.com | Jul 06 2024 00:42:00 | Target Card Services, P.O. Box 660170, Dalls, TX 75266-0170 |
| 15075435 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 06 2024 00:51:56 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15042948 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 06 2024 00:51:59 | Wells Fargo Bank, NA - Dilliard's, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15057217 | *+ | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15042918 | *+ | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15057225 | * | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15057226 | * | LL Bean Mastercard, PO Box 9001068, Louisville, KY 40290-1068 |
| 15083777 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |

District/off: 0315-2      User: auto      Page 5 of 5

Date Rcvd: Jul 05, 2024      Form ID: pdf900      Total Noticed: 78

Jeffrey J. Sikirica
     on behalf of Debtor Joel J Bednar TrusteeSikirica@gmail.com PA59@ecfcbis.com

Jeffrey J. Sikirica
     on behalf of Joint Debtor Sally M Bednar TrusteeSikirica@gmail.com PA59@ecfcbis.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

S. James Wallace
     on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6